UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **SIRLEY JULISSA GUTIERREZ VILLARREAL** | **CIVIL ACTION NO. 25-1777** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **KEITH DEVILLE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, filed by Petitioner Sirley Julissa Gutierrez Villarreal. She seeks, *inter alia*, release from detention.

The presumptively reliable Online Detainee Locator System[1] returns zero matching records for Petitioner's name and country of birth. If Petitioner is no longer detained, the case is moot, and the Court lacks jurisdiction.

Accordingly, **IT IS ORDERED** that within **14 days** of the date of this Order, the parties shall notify the Court if Petitioner is detained and, if she is no longer detained, counsel shall take appropriate steps to dismiss the case as moot.

In Chambers, Monroe, Louisiana, this 21st day of January, 2026.

_____
Kayla Dye McClusky
United States Magistrate Judge

---

[1] *See* https://locator.ice.gov/odls/#/search.